UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF TENNESSEE
NASHVILLE DIVISION

| | |
|---|---|
| BURT SHEARER TRUSTEE, as trustee of the SHEARER FAMILY LIVING TRUST, on behalf of Nominal Defendant, NATIONAL HEALTH INVESTORS, INC., <br> Plaintiff, <br><br> v. <br><br> W. ANDREW ADAMS, ROBERT A. McCABE, JR., ROBERT T. WEBB and TED H. WELCH, <br><br> Defendants, <br><br> and <br><br> NATIONAL HEALTH INVESTORS, INC., <br><br> Nominal Defendant. | No. 3:11-00099 <br> Judge Sharp |

## ORDER

For the reasons explained in the accompanying Memorandum, the Court hereby enters the following rulings:

(1) The Motion to Dismiss for Claim Preclusion filed by Defendants W. Andrew Adams, Robert A. McCabe, Jr., Robert T. Webb and Ted H. Welch (Docket No. 17) is hereby GRANTED;

(21) Nominal Defendant National Health Investors, Inc.'s Motion to Dismiss the Complaint because the Plaintiff Lacks Standing (Docket No. 16) is hereby DENIED AS MOOT; and

(3) This case is hereby DISMISSED WITH PREJUDICE.

The Clerk is directed to enter Judgment in a separate document in accordance with Federal Rule of Civil Procedure 58.

It is SO ORDERED.

_____
KEVIN H. SHARP
UNITED STATES DISTRICT JUDGE